AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*May 09, 2025*
Nathan Ochsner, Clerk of Court

United States of America
v.
FRANK COMITO

Case No. **4:25-mj-0279**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 22, 2018** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2)(B) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Laura J Gill, HSI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 05/09/2025

_____
*Judge's signature*

City and state: Houston, Texas

Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AFFADAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura J. Gill, being duly sworn, depose and state:

1. I am a Special Agent with the United States Department of Homeland Security (DHS), United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to Houston, Texas. I have been so employed since July 2009. I am currently assigned to the Child Exploitation Group. As part of my daily duties assigned to this group, I investigate criminal violations relating to child exploitation and child pornography including violations of Chapter 109A, Chapter 110, and Chapter 117, all contained within Title 18 of the United States Code. I have received training in child pornography and child exploitation, and I have had the opportunity to observe and review examples of child pornography in various forms of media including computer media. I have also participated in the execution of search warrants; a number of which involved child exploitation, child pornography, and online solicitation offenses.

2. This affidavit is based on reports your Affiant has read and conversations your Affiant has had with law enforcement officers and investigators involved in this investigation. This affidavit does not set forth all of my knowledge in this matter but is intended only to show that there is probable cause to believe that Frank COMITO is in violation of **Title 18, United States Code, Section 2252A(a)(2)(B)**, which makes it a crime for any person who knowingly receives, or distributes, any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

3. On or about May 18, 2023, HSI-Frederick, Maryland, began an investigation into an individual, hereinafter referred to as "TRAFFICKER-1." An HSI undercover agent actively engaged with TRAFFICKER-1 via Skype, and during undercover conversations with him was offered access to sexually explicit live webcam shows involving numerous minor children in return for cash payments. Based on undercover activity and other investigations, HSI is aware that TRAFFICKER-1 did, in fact, have access to minors to sexually abuse on camera and had offered

1

to provide access, through TRAFFICKER-1's Skype account(s), to visual depictions of one or more minors engaging in sexually explicit conduct in exchange for money.

4.     On November 1, 2023, HSI obtained a search warrant in the District of Maryland and subsequently issued it to Microsoft for TRAFFICKER-1's Skype account.

5.     On January 31, 2024, Microsoft provided the requested data.

6.     A review of the data provided by Microsoft Corporation revealed a chat between TRAFFICKER-1 and the Skype account "frankiec1956" (hereinafter referred to as the TARGET ACCOUNT) regarding the sexual exploitation of children.

7.     I have reviewed the Skype chat communications between the TARGET ACCOUNT and TRAFFICKER-1. Based on my review, my training, experience, and information conveyed to me by other law enforcement officers involved with the investigation of online child sex trafficking, I believe the chat conversations are consistent with the sale of live-streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker provides another individual with access to pre-produced or live-streaming video depictions of minors engaged in sexually explicit conduct in exchange for money.

8.     Specifically, according to Skype records dated between on or about September 22, 2018, and continuing intermittently until June 18, 2019, the TARGET ACCOUNT and TRAFFICKER-1 exchanged approximately 37 messages and 1 media file.

9.     The following shows the chat that occurred on September 22, 2018, between TRAFFICKER-1 and the TARGET ACCOUNT (frankiec1956):

| TRAFFICKER-1 | TARGET ACCOUNT | Hi | 2018/09/22 06:24:23 |
|---|---|---|---|
| TRAFFICKER-1 | TARGET ACCOUNT | Its me | 2018/09/22 06:24:33 |
| TARGET ACCOUNT | TRAFFICKER-1 | hello | 2018/09/22 06:32:47 |
| TRAFFICKER-1 | TARGET ACCOUNT | Why you like young | 2018/09/22 06:24:41 |
| TRAFFICKER-1 | TARGET ACCOUNT | U have a paypal???? | 2018/09/22 06:24:47 |

| TARGET ACCOUNT | TRAFFICKER-1 | yes | 2018/09/22 06:33:02 |
|---|---|---|---|
| TRAFFICKER-1 | TARGET ACCOUNT | Much better u have a paypal | 2018/09/22 06:25:01 |
| TARGET ACCOUNT | TRAFFICKER-1 | ok | 2018/09/22 06:33:17 |
| TRAFFICKER-1 | TARGET ACCOUNT | U can send paypal for the special show | 2018/09/22 06:25:10 |
| TRAFFICKER-1 | TARGET ACCOUNT | How much u can send for paypal good? | 2018/09/22 06:25:20 |
| TARGET ACCOUNT | TRAFFICKER-1 | 50 US what type of show | 2018/09/22 06:33:46 |
| TRAFFICKER-1 | TARGET ACCOUNT | Play togther with me | 2018/09/22 06:25:48 |
| TRAFFICKER-1 | TARGET ACCOUNT | You can make 100$ for one month show? | 2018/09/22 06:26:05 |
| TARGET ACCOUNT | TRAFFICKER-1 | age | 2018/09/22 06:34:20 |
| TRAFFICKER-1 | TARGET ACCOUNT | Good prvt here | 2018/09/22 06:26:11 |
| TRAFFICKER-1 | TARGET ACCOUNT | She was 11 | 2018/09/22 06:26:17 |
| TARGET ACCOUNT | TRAFFICKER-1 | can I see her first | 2018/09/22 06:34:44 |
| TRAFFICKER-1 | TARGET ACCOUNT | Sure send you pic her now | 2018/09/22 06:27:05 |
| TARGET ACCOUNT | TRAFFICKER-1 | ok | 2018/09/22 06:35:29 |
| TRAFFICKER-1 | TARGET ACCOUNT | She is really playing with real cock to suck fuck and touch | 2018/09/22 06:28:43 |
| TRAFFICKER-1 | TARGET ACCOUNT | <URIObject uri="https://api.asm.skype.com/v1/objects/0-sa-d5- a4ed4b65d40a84f37cf9d4eebe8eed5b" url_thumbnail="https://api.asm.skype.com/v1/objects /0-sa-d5- a4ed4b65d40a84f37cf9d4eebe8eed5b/views/thumbn ail" type="Video.1" width="480" height="320">To view this shared video, go to: <a | 2018/09/22 06:28:44 |
| TRAFFICKER-1 | TARGET ACCOUNT | Thats my offer for u one month show for 100$ honey | 2018/09/22 06:29:34 |
| TRAFFICKER-1 | TARGET ACCOUNT | What video honey | 2018/09/22 06:29:41 |
| TRAFFICKER-1 | TARGET ACCOUNT | She can be naughty or dirty honey | 2018/09/22 06:31:06 |
| TARGET ACCOUNT | TRAFFICKER-1 | how many videos do u have | 2018/09/22 06:39:29 |
| TRAFFICKER-1 | TARGET ACCOUNT | I have more naughty for good fuck cum honey | 2018/09/22 06:31:33 |
| TRAFFICKER-1 | TARGET ACCOUNT | You send 100$ paypal? | 2018/09/22 06:31:43 |

3

| | | | |
|---|---|---|---|
| TARGET ACCOUNT | TRAFFICKER-1 | that u sent me | 2018/09/22 06:40:14 |
| TRAFFICKER-1 | TARGET ACCOUNT | Yeah | 2018/09/22 06:32:14 |
| TRAFFICKER-1 | TARGET ACCOUNT | You will send me paypal??? | 2018/09/22 06:32:21 |
| TRAFFICKER-1 | TARGET ACCOUNT | Give u more video and i will do show here sky for prvt<br>here send paypal bb | 2018/09/22 06:32:43 |
| TARGET ACCOUNT | TRAFFICKER-1 | how many do u have | 2018/09/22 06:41:12 |
| TRAFFICKER-1 | TARGET ACCOUNT | 4 | 2018/09/22 06:33:22 |
| TRAFFICKER-1 | TARGET ACCOUNT | Have | 2018/09/22 06:33:24 |
| TRAFFICKER-1 | TARGET ACCOUNT | Hello? | 2018/09/22 06:34:23 |
| TRAFFICKER-1 | TARGET ACCOUNT | &lt;partlist type="missed" alt="" callId="4e803ef7-2f55-456a-864e-b33220a0180b"&gt;&lt;part identity="TRAFFICKER-1"&gt;&lt;name&gt;sweet | 2018/09/22 06:35:43 |
| TRAFFICKER-1 | TARGET ACCOUNT | HI | 2019/06/18 13:57:38 |

10. The video sent by TRAFFICKER-1 to the TARGET ACCOUNT on September 22, 2018, is described as follows: 27369956-1ce1-43bf-c7a98a5fc7a9_0-sa-d5-a4ed46b65d is a video that is approximately 55 seconds in length and depicts a prepubescent Asian female of 10 to 12 years of age. The prepubescent Asian female is naked from the waist down and kneeling on a white plastic chair while an adult male vaginally penetrated her vagina with his erect penis. The prepubescent Asian female then stood upon the white plastic chair to manually stimulate the adult male's erect penis before his erect penis was placed into her mouth. This video meets the federal definition of child pornography.

11. On February 20, 2024, HSI issued a summons, HSI-6H-2024-031383-001, to Microsoft/Skype requesting subscriber information, records of sessions for the last 180 days, length of service, types of service utilized, telephone or instrument number or other subscriber number or identity, a listing of all device information, to include any temporary assigned network address, means of source of payment for such service related to the TARGET ACCOUNT.

12. Microsoft/Skype provided the following response regarding the TARGET ACCOUNT for the time period from on or about August 10, 2023, through February 6, 2024:

> MICROSOFT ACCOUNT
> Name: FRANK COMITO
> Address: United States
> Sign in Name: ccna1956@aol.com
> Aliases: frankiec1956
> Possible Aliases: frankiec1956, ccna1956@aol.com
>
> Skype Account Registration: 2015-08-08 19:22:22
> Skype login on 2024-02-02 18:20:56 via IP address 64.92.41.228
> Skype login on 2024-01-30 16:21:35 via IP address 64.92.41.228
> Skype login on 2024-01-30 05:21:00 via IP address 64.92.41.228
> Skype login on 2024-01-30 03:19:23 via IP address 64.92.41.228
> Skype login on 2024-01-26 16:07:59 via IP address 64.92.41.228
> Skype login on 2024-01-26 14:36:08 via IP address 64.92.41.228
> Skype login on 2024-01-26 14:08:19 via IP address 64.92.41.228
> SKYPE ACCOUNT
> Username: frankiec1956
> Creation: January 4, 2014
> Creation IP: 72.237.206.0
> Current Email: ccna1956@aol.com

13. On or about March 20, 2024, HSI issued a summons, HSI-6H-2024-044015-002, to PayPal Inc. requesting all information regarding email address "ccna1956@aol.com", the email address listed in the Microsoft/Skype subpoena response, for the time period from on or about March 20, 2017, through on or about March 19, 2024.

14. PayPal Inc. provided the following response regarding the TARGET ACCOUNT:

> Account Number: 12082515437794738335
> Subscriber: Frank Comito
> DOB: November 2, 1956
> SSN: XXX-XX-6553
> Address: 306 Gatemere Ct, Katy, TX 77450
> Home Phone: XXX-XXX-0988, Added February 24, 2008, Updated September 1, 2012
> Mobile Phone: XXX-XXX-9613, Added October 17, 2013, Updated September 4, 2019
> Email: CCNA1956@aol.com
> Account Creation Date: February 24, 2008, Updated May 20, 2016
>
> Account Number: 1366390345308116859

5

Subscriber: Frank Comito
Address: 306 Gatemere Court, Katy, TX 77450
Mobile Phone: XXX-XXX-9613
Email: ccna1956@aol.com
Account Creation Date: October 24, 2014

Account Number: 1637547231777749364
Subscriber: Frank L. Comito
Address: 306 Gatemere Ct, Katy, TX 77450
Email: 5WY298772S795705C@dcc2.paypal.com
Account Creation Date: April 3, 2016
Payment Method: Chase Bank Card ending 7658
Transaction Date Period: April 3, 2017, through April 3, 2018

Account Number: 1919294998625685801
Subscriber: Frank Comito
Address: 306 Gatemere Ct., Katy, TX 77450
Mobile Phone: XXX-XXX-9613
Email: ccna1956@aol.com
Account Creation Date: October 2, 2015
Payment Method: Chase Bank Card ending 7658
Transaction Date Period: August 1, 2017, through November 8, 2019

Account Number: 5605308422993816996
Subscriber: Frank Comito
Mobile Phone Number: XXX-XXX-9613
Email: ccna1956@aol.com
Account Creation Date: November 15, 2022
Payment Method: Chase Bank Card ending 7658
Transaction Date Period: November 15, 2022, through April 4, 2023

15. On March 20, 2024, HSI issued a summons, HSI-6H-2024-044015, to World Remit Corporation requesting all information regarding email address "ccna1956@aol.com" from on or about March 20, 2017, through on or about March 19, 2024.

16. World Remit Corporation provided the following response regarding the sender and all transactions related to the email account:

Sender Name: Frank L. Comito
Sender Birthday: XX/XX/1956
Sender Mobile Number: XXX-XXX-9613
Sender Email: CCNA1956@aol.com
Sender Address: 306 Gatemere Ct., Katy, TX 77450
IP Address: 64.92.41.228

6

17. From January 27, 2019, through March 21, 2024, the TARGET ACCOUNT sent a total of 606 payments totaling $71,666.35 USD through World Remit Corporation to 17 different individuals in the Philippines. At least 45 of these transactions were completed utilizing a credit card ending with 7658.

18. A search of law enforcement databases revealed COMITO has a flight booked to leave for the Philippines on May 10, 2025, and returning June 2, 2025.

19. Based on the foregoing information, your affiant believes there is probable cause to believe on or about September 22, 2018, COMITO was in violation of Title 18, United States Code, Section 2252A(a)(2)(B), receipt of child pornography.

_____
Laura J Gill
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to me, via telephone, this 9th day of May 2025, and I find probable cause.

_____
Richard W. Bennett
United States Magistrate Judge